Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-743-0307
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER GRAF,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID B. SCHUMACHER, P.C.; and CAVALRY PORTFOLIO SERVICES, LLC and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 3:17-cv-00724-JM-NLS<br><br>**Plaintiff's Notice of Dismissal** |

NOTICE IS HEREBY GIVEN THAT:

Plaintiff dismisses the entire action with prejudice pursuant to Fed. Rule of Civ. Pro. 41(a)(1)(A)(i).

Dated: May 16, 2017

                                         /s/  Jeremy S. Golden_____
                                         Jeremy S. Golden,
                                         Attorney for Plaintiff